UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KELLY S. CARROLL**                                                                                       **CIVIL ACTION**

**VERSUS**                                                                                                         **No.  18-4469**

**PRUDENTIAL INSURANCE**                                                                           **SECTION I**
**COMPANY OF AMERICA**

## ORDER

The Court has been informed that the plaintiff consents to the transfer of the above-captioned matter to the Western District of Tennessee.

Accordingly,

**IT IS ORDERED** that the defendant's motion to transfer venue is **GRANTED** and that, pursuant to 28 U.S.C. § 1404(a), the above-captioned matter is **TRANSFERRED** to the United States District Court for the Western District of Tennessee.

New Orleans, Louisiana, July 16, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**